IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUANTAE BUTLER,<br><br>Defendant. | CRIMINAL NO. GLR-20-181 |

## RESPONSE TO DEFENDANT'S REQUEST FOR
## TEMPORARY RELEASE TO ADDRESS MEDICAL ISSUES

Pending before the Court is Defendant Quantae Butler's request for temporary release under 18 U.S.C. § 3142(i) to address medical issues stemming from a non-fatal shooting. ECF No. 38. The Government does not oppose the Defendant's temporary release to a suitable third-party custodian—for a period of thirty days—with 24/7 location monitoring to allow the Defendant to seek medical care and devise a treatment plan. In order to reasonably assure the safety of the community during this time period and the Defendant' future appearance, the Government's position is dependent upon the Defendant's agreement to comply with any other release conditions recommended by Pretrial Services.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: _____/s/_____
Richard P. Gallena
Patricia McLane
Assistant United States Attorneys
36 South Charles Street
Baltimore, Maryland 21201

1